Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





★ ★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00543-CR

Antonio De Jesus **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CR-4887W
Honorable Sharon MacRae, Judge Presiding

PER CURIAM

Sitting:    Rebecca Simmons, Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  October 6, 2010

DISMISSED

The trial court's certification in this appeal states that the case is a "plea-bargain case, and the defendant has NO right of appeal."  Rule 25.2(d) of the Texas Rules of Appellate Procedure provides, "[t]he appeal must be dismissed if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules."  TEX. R. APP. P. 25.2(d).

Appellant's counsel has filed written notice with this court that counsel has reviewed the record and "can find no right of appeal for Appellant."  We construe this notice as an indication

that appellant will not seek to file an amended trial court certification showing that he has the right of appeal. *See* TEX. R. APP. P. 25.2(d); 37.1; *see also Daniels v. State*, 110 S.W.3d 174, 177 (Tex. App.—San Antonio 2003, no pet.). In light of the record presented, we agree with appellant's counsel that Rule 25.2(d) requires this court to dismiss this appeal. Accordingly, this appeal is dismissed.

PER CURIAM

DO NOT PUBLISH